# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIEL LAMONT FLANNIGAN,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81387

FILED

JUL 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant filed a notice of appeal on June 22, 2020. The notice of appeal fails to identify any decisions of the district court. *See* NRAP 3(c)(1)(B). Further, it does not appear from the district court docket and minute entries that the district court has entered any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

---

[1]Appellant's jury trial is scheduled for October 26, 2020.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-25295

cc: Hon. Valerie Adair, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Diel Lamont Flannigan